

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-16-00303-CV

### Trial Court No. 16-0664-A

**Vertex Industrial, Inc.**

**Vs.**

**Allstate Fire & Casualty Insurance Company as subrogee of Doug and Jeane Evans**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Filing | $100.00 | Nancy Starr |
| Motion fee | $15.00 | Nancy Starr |
| Required Texas.gov efiling fee | $30.00 | Nancy Starr |
| Supreme Court chapter 51 fee | $50.00 | Nancy Starr |
| Indigent | $25.00 | Nancy Starr |
| Clerk's record | $304.00 | Unknown |
| **TOTAL:** | $524.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 1st day of August 2017, A.D.

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk